RECEIVED
FEB - 6 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BILLE ISSE ABDI, Petitioner | CIVIL ACTION NO. 1:18-CV-30-P |
| VERSUS | JUDGE DEE D. DRELL |
| JEFFERSON SESSIONS, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is hereby **DISMISSED** without prejudice for lack of jurisdiction.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 5th day of FEBRUARY, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE